# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COSTAR REALTY INFORMATION, INC., )<br>    Claimant, )<br>              )<br>   v.         )<br>               )<br>NATHANIEL PETERSON, )<br>    Respondent. ) | Case No.: 1:23-cv-801<br><br>**PETITIONER COSTAR REALTY INFORMATION INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND L.R. 26.1** |

  I, the undersigned, counsel of record for Petitioner CoStar Realty Information, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Petitioner CoStar Realty Information, Inc. which have any outstanding securities in the hands of the public:

  CoStar Group, Inc. is the parent company of Petitioner CoStar Realty Information, Inc., and CoStar Group, Inc. owns 100% of Petitioner's stock.

  These representations are made in order that judges of this Court may determine the need for recusal.

  Pursuant to Federal Rule of Civil Procedure 7.1, CoStar Realty Information, Inc. is incorporated under the laws of the State of Delaware and has its principal place of business at 1331 L Street NW, Washington, D.C., 20005.

Dated: March 24, 2023

*/s Elizabeth M. Locke, P.C.*
Elizabeth M. Locke, P.C. (D.C. Bar No. 976552)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: libby@clarelocke.com

*Attorney for CoStar Realty Information, Inc.*